966 P.2d 1113

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 27, 1998**

| | | |
|---|---|---|
| 20481 | Thomas v. Capriotti | Affirmed |

**May 28, 1998**

| | | |
|---|---|---|
| 20826 | Freitas v. State | Affirmed |

**June 1, 1998**

| | | |
|---|---|---|
| 20648 | Grubb v. State | Affirmed |

**June 9, 1998**

| | | |
|---|---|---|
| 20596 | State v. Pere | Affirmed |

**June 16, 1998**

| | | |
|---|---|---|
| 20576 | Samonte v. State | Affirmed |

**June 17, 1998**

| | | |
|---|---|---|
| 20520, 20629 | Cresencia v. Kim | Affirmed |

**June 25, 1998**

| | | |
|---|---|---|
| 20454 | State v. Fragiao | Affirmed |
| 20877 | State v. Taylor | Affirmed |

**July 10, 1998**

| | | |
|---|---|---|
| 20829 | State v. Asato | Vacated |

**July 21, 1998**

| | | |
|---|---|---|
| 20770 | State v. Ake | Affirmed |

**July 22, 1998**

| | | |
|---|---|---|
| 20795 | Honda v. State | Affirmed |

**July 27, 1998**

| | | |
|---|---|---|
| 20793 | Kane v. Ho | Affirmed |